UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

ROBIN LEE PRIDGEN,　　　　　　　　　)
　　　　　Plaintiff,　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　) **JUDGMENT IN A CIVIL CASE**
　　　v.　　　　　　　　　　　　　　　　) **CASE NO. 4:12-CV-19-BO**
　　　　　　　　　　　　　　　　　　　　)
MICHAEL J. ASTRUE,　　　　　　　　　)
Commissioner of Social Security,　　　　　)
　　　　　Defendant.　　　　　　　　　　)

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the plaintiff's motion for judgment on the pleadings is GRANTED, defendant's motion for judgment on the pleadings is DENIED, and this matter is REMANDED to the Commissioner for further proceedings.

**This Judgment Filed and Entered on March 14, 2013, and Copies To:**

Roberta L. Edwards (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)

DATE　　　　　　　　　　　　　　　　　　JULIE A. RICHARDS, CLERK
March 14, 2013　　　　　　　　　　　　　　　 /s/ Susan K. Edwards
　　　　　　　　　　　　　　　　　　　　　　(By) Susan K. Edwards, Deputy Clerk