UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

ROBIN LEE PRIDGEN,　　　　　　　)
　　　　　Plaintiff,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　)　　　**JUDGMENT**
　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　)　　　No. 4:12-CV-19-BO
　　　　　　　　　　　　　　　　　　)
MICHAEL J. ASTRUE,　　　　　　　)
Commissioner of Social Security,　　　)
　　　　　Defendant.　　　　　　　　)

**Decision by Court.**

This action came before the Honorable Terrence W. Boyle, United States District Judge, for ruling as follows:

**IT IS ORDERED, ADJUDGED AND DECREED** that the plaintiff's motion for attorneys fees pursuant to the Equal Access Justice Act is GRANTED.

**This Judgment Filed and Entered on April 24, 2013, and Copies To:**

Roberta L. Edwards (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)

DATE　　　　　　　　　　　　　　　　　　　　　　JULIE A. RICHARDS, CLERK
April 24, 2013　　　　　　　　　　　　　　　　　　/s/ Susan K. Edwards
　　　　　　　　　　　　　　　　　　　　　　　　(By) Susan K. Edwards, Deputy Clerk